Kathleen Murphy Markie, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from denial after evidentiary hearing of a Rule 27.26 motion to vacate convictions of two counts of tampering in the first degree, § 569.080.1(2) RSMo Supp. 1984, and sentence to concurrent six-year terms of imprisonment.

Judgment affirmed. Rule 84.16(b).

**Michael W. McSPARREN, Appellant,**

.v.

**STATE of Missouri, Respondent.**

**No. WD 38888.**

Missouri Court of Appeals,
Western District.

June 2, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1987.